```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 03135
    ROBERT LEWIS
    LYNNE STEINKE                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-1737    SSN XXX-XX-3969

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY     NOT FILED             .00           .00
CAPITAL ONE                UNSECURED         855.72              .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         748.44              .00           .00
1ST HUDSON                 UNSECURED        3943.93              .00           .00
FIRST EQUITY CARD CORP     UNSECURED       NOT FILED             .00           .00
BRONSON & KAHN             UNSECURED         760.25              .00           .00
CAPITAL ONE                UNSECURED       NOT FILED             .00           .00
CHASE BANK USA NA          UNSECURED         470.89              .00           .00
CHASE MANHATTAN BANK       UNSECURED        1615.02              .00           .00
LVNV FUNDING LLC           UNSECURED         339.22              .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3561.85              .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         424.85              .00           .00
HOUSEHOLD FINANCE CORPOR   UNSECURED       11514.59              .00           .00
HSBC BANK NEVADA NA        UNSECURED        6704.12              .00           .00
HSBC BANK NEVADA NA        UNSECURED        2241.34              .00           .00
HOUSEHOLD BANK             UNSECURED        2433.77              .00           .00
NATIONAL CITY BANK ~       UNSECURED        5542.99              .00           .00
OFFICE MAX                 UNSECURED       NOT FILED             .00           .00
YELLOW BOOK USA            UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         565.40              .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG       .00               .00           .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    8055.98              .00           .00
LINDA GRUNBERGER           NOTICE ONLY     NOT FILED             .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     17070.91              .00           .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED             .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS        .00                .00           .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         3263.44              .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         135.58              .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      28.50              .00         28.50
ECAST SETTLEMENT           UNSECURED        2662.15              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03135 ROBERT LEWIS & LYNNE STEINKE
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        799.50
TOM VAUGHN                 TRUSTEE                                           72.00
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     900.00

PRIORITY                                             28.50
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                       799.50
TRUSTEE COMPENSATION                                  72.00
DEBTOR REFUND                                          .00
                        ---------------      ---------------
TOTALS                      900.00                   900.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE